THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL HERSHKOWITZ, Appellant.

(Argued March 23, 1932; decided April 26, 1932.)

*Irving Schneider* and *J. B. Engel* for appellant.

*William F. X. Geoghan, District Attorney (Thomas J. Sefton* and *Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.